

# Fourth Court of Appeals
## San Antonio, Texas

June 5, 2014

No. 04-13-00614-CV

Kathryne **VAUSE**,
Appellant

v.

**LIBERTY INSURANCE CORPORATION** and Justin A. Smith,
Appellees

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 07-2231-CV
William Old, Judge Presiding

## O R D E R

Appellee's brief was originally due on April 25, 2014. *See* TEX. R. APP. P. 38.6(b). This court granted Appellee's first motion for extension of time to file the brief until May 29, 2014, for an extension of twenty-nine days. On May 27, 2014, Appellee filed a second unopposed motion for extension of time to file the brief until June 25, 2014, for a total extension of fifty-eight days.

Appellee's motion for extension of time is GRANTED. Appellee's brief must be filed with this court by June 25, 2014. *See id.* Absent extenuating circumstances, no further extensions will be granted.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 5th day of June, 2014.

_____
Keith E. Hottle
Clerk of Court